IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARLICK GENE POWELL**  **PLAINTIFF**
ADC #107586

v.  No. 4:25-CV-00427-JM

**DOE**  **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Arlick Gene Powell's motion for voluntary dismissal. *Doc. 18*. Powell states that his April 29 2025 letter, which was docketed as a civil rights lawsuit, "was not a request to start a lawsuit." *Id.* at 1. He asks that the case be removed or dismissed. *Id.* at 5.

The motion for voluntary dismissal (*Doc. 3*) is GRANTED, and this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of May, 2025.

UNITED STATES DISTRICT JUDGE