IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARLICK GENE POWELL**                                                               **PLAINTIFF**
**ADC #107586**

**v.**                                     **No. 4:25-CV-00427-JM**

**DOE**                                                                                       **DEFENDANT**

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 14th day of May, 2025.

                                                                                       _____
                                                                                      UNITED STATES DISTRICT JUDGE